UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cr-20312-MGC

UNITED STATES OF AMERICA,

v.

FRANK CHATBURN RIPALDA.
_____/

## NEBBIA PROFFER

Defendant Frank Chataburn Ripalda files this *Nebbia* Proffer, and states as follows:

1. This Court had a bond hearing for Mr. Chatburn Ripalda on April 27th, 2018, at which time the Court established a bond consisting, among other things, of a personal surety bond in the amount of $2,000,000.00, in addition to a corporate surety bond in the amount of $200,000.00 with a *Nebbia* condition attached.

2. Mr. Chatburn proffers the following as the source of the premium for the corporate surety bond.

3. Mr. Chatburn's brother, Mark Chatburn, is providing the 15% bond premium. Mark Chatburn has been a licensed Florida real estate broker for approximately six years, during which time he established, with his brother, Park Lane Realty, LLC ("Park Lane")—a boutique brokerage firm specializing in managing purchases, sales and leases of both commercial and residential properties in the Miami-Dade community. Park Lane is a Florida Limited Liability Company owned by Frank Chatburn and Mark Chatburn.[1]

---

[1] A copy of the sunbiz.org screenshot showing that Frank Chatburn and Mark Chatburn are both owners of Park Lane is attached as **Exhibit A**; a copy of Park Lane's Associate Commission Agreement between Park Lane and Mark Chatburn is attached here as **Exhibit B**; a copy of the Independent Contractor Agreement between Park Lane and Mark Chatburn is attached as **Exhibit C**.

1

4.  The source of the premium is a commission from a real estate transaction that went to contract on February 20, 2018. The commission for the transaction was paid to Park Lane on April 23, 2018, two days before Frank Chatburn's arrest. *See* Residential Contract for Sale and Purchase, dated February 20, 2018, attached as **Exhibit D**; Commission Check to Park Lane, dated April 23, 2018, attached as **Exhibit E**; and Settlement Statement, dated April 23, 2018, attached as **Exhibit F**. Eighty percent of that commission was distributed to Park Lane's management company, Kram Chat, L.L.C. ("Kram Chat"). *See* Account Summary of Kram Chat, attached at **Exhibit G**. Mark Chatburn is the manager and the sole member of Kram Chat.[2] Attached as **Exhibit I** is the declaration of Mark Chatburn, attesting to the source of the premium.

5.  As for the collateral, Frank Chatburn's uncle, David E. Powell, is providing the $200,000.00 from his bank account at Canadian Imperial Bank of Commerce (CIBC) for the purpose of securing Mr. Chatburn's corporate surety bond. Over the course of his career, Mr. Powell has worked at a number of major oil and gas companies. From 1958 to 1977, he worked for Burmah Oil Company (later British Petroleum). Mr. Powell has also served in high-level executive positions as follows: Vice President and President of Hudson's Bay Oil and Gas Company from 1977 to 1982; Chief Executive Officer and President of Home Oil of Canada, Ltd. from 1983 to 1995; and Director and Chairman of Talisman Energy, Inc. from 1999 to 2003. (From 1996 to 1998, he worked as an international oil and gas consultant.) Mr. Powell retired in 2003 and currently lives in Panama with his wife of 43 years, Mabel V. Powell (who is Mr. Chatburn's paternal aunt).

---

[2] A copy of the sunbiz.org screenshot showing that Mark Chatburn is the manager and sole managing member of Kram Chat is attached as **Exhibit H**.

6. The sources of the collateral are various pension funds, an annuity, and dividend income from Mr. Powell's investments. Mr. Powell currently receives passive income from Devon Energy (formerly Home Oil of Canada, Ltd.), which pays out $156,000 Canadian dollars (approximately $121,435.27 U.S. dollars) per year, and three smaller pensions (originally from Home Oil of Canada, Ltd., but currently administered by Manulife Financial Company). Together, these pensions pay out $40,000 Canadian dollars (approximately $31,143.55 U.S. dollars) per year. Mr. Powell also receives passive income from an annuity payout of $130,000 Canadian dollars (approximately $101,216.54 U.S. dollars) per year from an annuity he purchased in 2003. Finally, Mr. Powell receives passive dividend income from his investments, totaling approximately $80,000 Canadian dollars (approximately $62,300.69 U.S. dollars) annually. Attached as **Exhibit J** is the declaration of David E. Powell, attesting to the source of the $200,000.00 for the collateral. Attached as **Exhibit K** is a separate declaration of David E. Powell, declaring that he has not been promised repayment or other compensation in exchange for providing the $200,000.00.

7. On May 10, 2018, Mr. Powell wire transferred $200,000.00 from CIBC to Rivero Mestre, LLP's Trust Account for the purpose of securing Mr. Chatburn's corporate surety bond. *See* wire transfer dated May 10, 2018, attached as **Exhibit L.**

8. We have informed both Mark Chatburn and Annie de la Rosa of their obligations as indemnitors of Frank Chatburn Ripalda's bond. Furthermore, both Mark Chatburn and David E. Powell have declared under oath that they have not been promised repayment or other compensation in exchange for providing the 15% bond premium and the collateral. Mark Chatburn states that he is voluntarily providing the 15% bond premium for this bond because he wishes to help his brother. Similarly, David E. Powell has advised that he is voluntarily providing the $200,000.00 for this bond because he wishes to help his nephew.

Therefore, Frank Chatburn Ripalda respectfully requests that the Court to accept this proffer and permit the bond to be posted in the manner set forth here.

Dated: May 11, 2018.

>Respectfully submitted,
>
>RIVERO MESTRE LLP
>*Attorneys for Frank Chatburn*
>2525 Ponce de Leon Boulevard
>Suite 1000
>Miami, Florida 33134
>Telephone: (305) 445-2500
>Fax: (305) 445-2505
>
>By: /s/ Andrés Rivero
>Andrés Rivero
>Florida Bar No. 613819
>arivero@riveromestre.com
>Kirk Villalón
>kvillalon@riveromestre.com

## **CERTIFICATE OF SERVICE**

      I certify that on May 11, 2018, a duplicate of the foregoing Nebbia Proffer was sent via email to:

Karen Rochlin
Assistant United States Attorney
United States Attorney's Office
99 NE 4 Street
Miami, Florida 33132
Telephone: (305) 961-9234
Email: karen.rochlin@usdoj.gov

Nalina Sombuntham
Assistant United States Attorney
United States Attorney's Office
99 NE 4 Street
Miami, Florida 33132
Telephone: (305) 961-9224
Email: nalina.sombuntham2@usdoj.gov

Randall Warden
Trial Attorney
Department of Justice, Criminal Division
Money Laundering and Asset Recovery Section
Bank Integrity Unit
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 598-2802
Email: randall.warden@usdoj.gov

Lorinda Laryea
Trial Attorney
Department of Justice, Criminal Division
Bond Building
1400 New York Ave NW
Washington, DC 20005
Telephone: (202) 353-3439
Email: lorinda.laryea@usdoj.gov

                                                           /s/ Andrés Rivero
                                                            Andrés Rivero

United States District Court
Southern District of Florida

Case Number: 18-20312-CR-COOKE

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
**xx** • **Bond documentation (Nebbia Proffer)** *exibits*
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: May 14, 2018

Revised: 8/20/2012