UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20312-CR-COOKE

UNITED STATES OF AMERICA,
    Plaintiff,
v.

FRANK CHATBURN RIPALDA,
    Defendant.
_____/

**UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE AND TO CONTINUE THE TRIAL DATE**

Defendant Frank Chatburn Ripalda requests that the deadline to file pretrial motions be extended until April 1, 2019 and that the trial be continued until September 9, 2019.

1. The discovery in this case is voluminous. As of the filing of this motion, the government has produced 602.2 GB of discovery materials. One gigabyte is the equivalent of approximately 500,000 typewritten pages. Manual for Complex Litigation (Fourth) § 11.446 at 77 (2004). The two latest productions were received on October 31, 2018 and November 9, 2018 and consist of approximately 255.4 MB (approximately 28,373 files). Moreover, the government has just advised undersigned that it intends to supersede the indictment this week to add charges. Given the volume of discovery and the impending additional charges, more time is needed to assess the need to file pretrial motions and to prepare for trial.

2. On September 5, 2018, Mr. Chatburn received from a DOJ "filter team" a batch of discovery (183 gigabytes consisting of 535,000 files) seized from Mr. Chatburn's office during the course of the execution of a search warrant on the day of Mr. Chatburn's arrest, April 25, 2018, and subpoenaed from Mr. Chatburn's email provider. The DOJ filter team has identified documents within the items seized and subpoenaed that it believes are not privileged. The filter team has been producing those documents on a rolling basis for undersigned counsel and Mr. Chatburn to skim prior to releasing to the prosecution team. Because these rolling productions of documents from the filter team usually consist of thousands of documents, they consume much of undersigned counsel's and Mr. Chatburn's time.

3. Undersigned are counsel of record in *United States v. Esformes*, Case No. 16-CR-20549-SCOLA (S.D. Fla). Mr. Esformes has been pretrial detained for more than two years. At a status conference on December 3, 2018, Judge Scola set *Esformes* for trial on February 11, 2019 – the week before Mr. Chatburn's current trial date. Trial in *Esformes* is expected to last 8 weeks. In addition, Howard Srebnick is also counsel of record in *United States v. Javat*, Case No. 18-Cr-20668-MIDDLEBROOKS. The trial in *Javat* is set for April 1, 2019 and is estimated to last approximately 3 weeks. Mr. Javat remains detained while attempting to post a $1.35 million corporate surety bond.

4.     Undersigned conferred with government counsel about the requested relief. The government does not oppose a continuance of the trial until September 9, 2019. Subject to a continuance of the trial date, the government also does not oppose an extension of the pretrial motions deadline until April 1, 2019. Undersigned has made plans to travel outside of the country with his family during June and early July 2019.

The foregoing document was served via CM/ECF on the date stamped above.

Respectfully submitted,

**BLACK, SREBNICK, KORNSPAN
     & STUMPF, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421
Fax (305) 358-2006
E-mail: HSrebnick@royblack.com

/s/  *Howard Srebnick*
**HOWARD SREBNICK, ESQ.**
Fla. Bar No. 0919063
**ROSSANA ARTEAGA-GOMEZ, ESQ.**
Fla. Bar No. 0014932