# COURT MINUTES
## Magistrate Judge Chris M. McAliley

| Atkins Building Courthouse - 6th Floor | Date: 1/8/19 | Time: 10:00 a.m. |
|---|---|---|

Defendant: FRANK CHATBURN RIPALDA (B)   J#: 18538-104   Case #: 18-20312-CR-COOKE
AUSA: Karen Rochlin   Attorney: HOWARD SREBNICK ESQ. ROSSANA ARTEAGA-GOMEZ ESQ.
Violation: CONSP TO VIOLATE THE FCPA

Proceeding: Arraignment on Superseding Indictment   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: $2 MILLION PSB & $200 K CSB   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English ✓

Disposition:
Jury Trial 2/19/19 @ 9:30 AM

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:05:16   Time in Court: 1