```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     CASE NO. 18-CR-20312-MGC-1
3
    UNITED STATES OF AMERICA,
4                                        Miami, Florida
                 Plaintiff(s),
5                                        October 11, 2019
             vs.
6
    FRANK ROBERTO CHATBURN RIPALDA,
7
                 Defendant(s).        Pages 1 - 28
8   ------------------------------------------------------------

9                         CHANGE OF PLEA
               BEFORE THE HONORABLE MARCIA G. COOKE
10                 UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12
    FOR THE GOVERNMENT:     RANDALL WARDEN
13                          United States Department of Justice
                            Criminal Division
14                          Money Laundering and Asset
                            Recovery  Section
15                          Bank Integrity Unit
                            1400 New York Avenue NW
16                          Washington, DC 20005
                            randall.warden@usdoj.gov
17
                            KATHERINE RAUT
18                          MARY ANN MCCARTHY
                            United States Department of Justice
19                          1400 New York Avenue, NW
                            Washington, DC 20005
20                          katherine.raut@usdoj.gov
                            MARY.MCCARTHY@USDOJ.GOV
21

22

23

24

25
```

```
 1    APPEARANCES: (Cont'd)

 2

 3    FOR THE DEFENDANT(S):   HOWARD M. SREBNICK, ESQ.
                              JACQUELINE PERCZEK, ESQ.
 4                            MICHELE VAN MEETEREN
                              Black Srebnick Kornspan & Stumpf
 5                            201 S. Biscayne Boulevard
                              Suite 1300
 6                            Miami, Florida 33131
                              hsrebnick@royblack.com
 7                            jperczek@royblack.com
                              mvanmeeteren@royblack.com
 8

 9    REPORTED BY:            Jill M. Felicetti, RPR, CRR, CSR
                              Official Court Reporter
10                            400 N. Miami Avenue
                              Miami, Florida 33128
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (Case called to order of the court at 10:44 a.m.)

2            THE COURT:  Calling United States of America v. Frank

3    Chatburn Ripalda, Case No. 18-cr-20312.

4            For the record, appearing on behalf of the United

5    States.

6            MR. WARDEN:  Randall Warden, Katherine Raut, and Mary

7    Ann McCarthy, for the United States.

8            THE COURT:  Appearing on behalf Mr. Chatburn.

9            MR. SREBNICK:  Howard Srebnick, Michele Van Meeteren,

10   Jackie Perczek, on behalf of Frank Chatburn, who stands before

11   the court.

12           THE COURT:  Counsel, I understand today is the date

13   and time for Mr. Chatburn to change his plea of not guilty to a

14   plea of guilty pursuant to a plea agreement.

15           Is that correct?

16           MR. SREBNICK:  Yes, your Honor.

17           THE COURT:  Counsel, I am going to ask that your

18   associates switch places with Mr. Chatburn Ripalda so he is

19   next to you -- thank you -- because the microphone I think is

20   better there.

21           MR. SREBNICK:  No problem.

22           THE COURT:  I'd ask Mr. Chatburn to raise his right

23   hand and the clerk to administer the oath.

24           (Defendant sworn in.)

25           THE DEPUTY CLERK:  State your full name for the

1   record.

2         THE DEFENDANT:  Frank Roberto Chatburn Ripalda.

3         THE COURT:  Sir, do you understand that you are now

4   under oath in connection -- spectators may be seated.  Do you

5   understand, sir, that you are now under oath in connection with

6   this matter, and any answer that you give that is false could

7   later be used against you in a prosecution for perjury or

8   making a false statement?

9         THE DEFENDANT:  Yes, your Honor.

10        THE COURT:  Where were you born, sir?

11        THE DEFENDANT:  Ecuador.

12        THE COURT:  How old are you?

13        THE DEFENDANT:  Forty-two.

14        THE COURT:  How far did you go in school?

15        THE DEFENDANT:  Finished college.

16        THE COURT:  And did you go to college in the United

17   States?

18        THE DEFENDANT:  I did.

19        THE COURT:  Sir, are you a United States citizen?

20        THE DEFENDANT:  I am.

21        THE COURT:  Sir, have you ever been treated for a

22   mental illness?

23        THE DEFENDANT:  No.

24        THE COURT:  Have you ever been treated for an

25   addiction to drugs or alcohol?

1          THE DEFENDANT:  No.

2          THE COURT:  Are you currently taking any medicine

3     given you by a doctor?

4          THE DEFENDANT:  No.

5          THE COURT:  Prior to coming to court today have you

6     had any drugs?

7          THE DEFENDANT:  No.

8          THE COURT:  Any alcohol in the past 48 hours?

9          THE DEFENDANT:  No, your Honor.

10          THE COURT:  Counsel, in your opinion is Mr. Chatburn

11     competent to proceed this morning?

12          MR. SREBNICK:  Yes, Judge.

13          THE COURT:  Sir, have you had an opportunity to review

14     the indictment, plea agreement, and factual proffer with your

15     attorney?

16          THE DEFENDANT:  Yes, your Honor.

17          THE COURT:  And have you fully discussed these charges

18     including defenses if you had decided to go to trial?

19          THE DEFENDANT:  Yes.

20          THE COURT:  Are you satisfied with the advice and

21     representation that you have received?

22          THE DEFENDANT:  I am.

23          THE COURT:  Is there anything about your

24     representation that you are not satisfied with?

25          THE DEFENDANT:  No.

1          THE COURT:  Sir, are you pleading guilty because you

2     have discussed this with your attorney, and you think this is

3     the best thing for you to do?

4          THE DEFENDANT:  Yes.

5          THE COURT:  Sir, according to the plea agreement you

6     are agreeing to plead guilty to Count 2 of the superseding

7     indictment that charges you with conspiracy to commit money

8     laundering in violation of United States law.

9          Do you understand that?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Now, sir, as to the charge contained in

12     that count I may impose a statutory maximum term of 20 years.

13          Do you understand that?

14          THE DEFENDANT:  Yes, your Honor.

15          THE COURT:  Now, do you also understand that in

16     addition to any term of imprisonment there will be a term of

17     supervised release, and that may be up to five years?

18          THE DEFENDANT:  Yes.

19          THE COURT:  And do you also understand that you may

20     have to pay a fine of $500,000 or twice the gain or loss in

21     this matter?

22          THE DEFENDANT:  Yes.

23          THE COURT:  Now, in addition to the fines and

24     penalties I have just spoken about you must pay the $100

25     special assessment.

1          Do you understand that?

2          THE DEFENDANT:  Yes, your Honor.

3          THE COURT:  Now, sir, have you had an opportunity to

4     discuss the sentencing guidelines with your attorney?

5          THE DEFENDANT:  Yes.

6          THE COURT:  And do you understand that I use those

7     guidelines to help me determine what your sentence will be in

8     this case?

9          THE DEFENDANT:  Yes.

10         THE COURT:  And do you understand that any estimate of

11    any sentence that has been given you is just that, an estimate?

12         THE DEFENDANT:  Yes.

13         THE COURT:  Do you also know I don't know what your

14    sentence will be until I have had an opportunity to review the

15    pre-sentence report in this matter?

16         THE DEFENDANT:  Yes, your Honor.

17         THE COURT:  Now, sir, there may be occasions when you

18    may be able to appeal the sentence, and other situations where

19    the government might be able to appeal the sentence.

20              So, as an example, if I were to sentence you to higher

21    than the advisory guideline range, you may be able to appeal

22    the sentence.  If I sentence you to lower than the advisory

23    guideline range, the United States may be able to appeal the

24    sentence.

25              Do you understand that?

```
 1                THE DEFENDANT:  Yes, your Honor.

 2                THE COURT:  Sir, is anyone forcing you to plead

 3    guilty?

 4                THE DEFENDANT:  No, your Honor.

 5                THE COURT:  Other than the criminal charge that you

 6    face in this case, anyone tell you something bad would happen

 7    to you if you did not plead guilty?

 8                THE DEFENDANT:  No.

 9                THE COURT:  Are you pleading guilty because you think

10    this is the best thing for you to do?

11                THE DEFENDANT:  Yes.

12                THE COURT:  Counsel for the United States, in summary,

13    what are the terms of the plea agreement for Mr. Chatburn

14    Ripalda in this case?

15                MR. WARDEN:  Your Honor, the terms of the plea

16    agreement include:  That the defendant will agree to plead

17    guilty to Count 2 of the superseding indictment; that the

18    government will agree to recommend a three point reduction to

19    the recommended and agreed upon sentencing guidelines for

20    acceptance of responsibility; Paragraph 12 and 13 discuss an

21    agreed upon forfeiture amount of $870,924.20; Paragraph 16

22    discusses an appeal waiver; and Paragraph 28 notifies the

23    defendant of potential immigration consequences.

24                THE COURT:  Sir, is that your understanding of the

25    plea agreement in this case?
```

1           MR. SREBNICK:  Your Honor, if we could just add a

2      couple of important points?

3           THE COURT:  Of course, but I just want to make sure

4      and you also know, once Mr. Srebnick finishes I will ask you

5      again if anyone has promised you anything else not mentioned in

6      the plea agreement or stated here in open court this morning.

7           I will let Mr. Srebnick go forward because I think he

8      wants to say something that didn't get to in the last few

9      moments.

10          Mr. Srebnick.

11          MR. SREBNICK:  The plea agreement contemplates a

12     proposed guideline range.  It's in Paragraph 7.

13          The agreement also contemplates that at sentencing the

14     government will dismiss the remaining charges in the

15     indictment, and that there would be no further prosecutions of

16     the defendant for the matters covered by the factual basis for

17     the plea, the subject matter of which is the PetroEcuador case

18     and what's also known to the parties as the Biscayne Capital

19     investigation, and the factual basis contains facts provided by

20     the defendant, some of which include the Biscayne Capital part

21     of the investigation.

22          We had a m meeting with the government yesterday

23     pursuant to 1B1.8 of the guidelines.  We have disclosed those

24     matters to the government.  So those are now in the factual

25     basis for the plea.

1          Also, the government is going to allow us to argue and

2     present to them a mitigation as to the forfeiture amount based

3     on any evidence we can present about monies having been

4     returned to innocent investors, innocent victims.

5          Finally, the government has agreed to a voluntary

6     surrender, that the defendant can remain out on bond through

7     sentencing.

8          THE COURT:  Sir, is that your understanding of the

9     plea agreement with the additional terms that Mr. Srebnick has

10    just described?

11         THE DEFENDANT:  Yes, your Honor.

12         THE COURT:  Has anyone promised you anything else not

13    mentioned on the record or contained in this written plea

14    agreement?

15         THE DEFENDANT:  No.

16         THE COURT:  Now, one of the things I know the

17    government is going to ask me -- you understand that there is

18    an appeal waiver in this plea agreement?

19         THE DEFENDANT:  I do.

20         THE COURT:  And unless one of the things that is

21    available to you to trigger an appeal, you are waiving your

22    normal criminal appeal purposes in this case?

23         THE DEFENDANT:  Yes, your Honor.

24         THE COURT:  Now, sir, as I stated before, do you

25    understand that you are pleading guilty to a felony offense?

```
1                THE DEFENDANT:  I do.

2                THE COURT:  And do you understand that in this country

3      that will deprive you of certain valuable civil rights?

4                THE DEFENDANT:  I do.

5                THE COURT:  Deprive you of your right to vote, the

6      right to hold office, the right to serve on a jury, and the

7      right to possess any kind of firearm.

8                Do you understand that?

9                THE DEFENDANT:  I do.

10               THE COURT:  And once again for the record, sir, you

11     are a United States citizen?

12               THE DEFENDANT:  I am.

13               THE COURT:  Now, sir, do you also understand that

14     because you are pleading guilty in this case you are giving up

15     your right to a jury trial?

16               THE DEFENDANT:  Yes.

17               THE COURT:  And you should understand that you are

18     giving up the following rights that come with a trial.  You are

19     giving up the right to be presumed innocent.

20               You understand that?

21               THE DEFENDANT:  I do.

22               THE COURT:  You understand that the government would

23     have to prove your guilt to a jury beyond a reasonable doubt?

24               THE DEFENDANT:  Yes.

25               THE COURT:  Do you also understand that you are giving
```

1    up the right to have your attorney be able to see, hear, and

2    cross-examine the witnesses against you?

3              THE DEFENDANT:  Yes, your Honor.

4              THE COURT:  Do you understand that you are giving up

5    the right to the issuance of subpoenas, or as we say in the law

6    compulsory process, that would require people to come to court

7    and testify in your case?

8              THE DEFENDANT:  Yes, Judge.

9              THE COURT:  Do you also understand that you are giving

10   up your right not to testify, and the jury would not have been

11   able to hold it against you during their deliberations that you

12   did not testify?

13             THE DEFENDANT:  Yes, your Honor.

14             THE COURT:  Sir, do you understand that because you

15   are pleading guilty, this means you are waiving, giving up, all

16   of these rights, and there will be no jury trial in this case?

17             THE DEFENDANT:  Yes, your Honor.

18             THE COURT:  Counsel for the United States, had this

19   matter proceeded to trial, what would the government have been

20   prepared to prove?

21             MR. WARDEN:  Your Honor, had this matter proceeded to

22   trial the government would be able to prove the matters as set

23   forth in the factual proffer which include the following:

24             The defendant, who was a dual United States and

25   Ecuadorian citizen and a resident of Miami, Florida during the

1   time period alleged in the superseding indictment provided

2   financial services to several clients, including Ramiro Andres

3   Luque Flores, and Argentinian businessman, and several

4   Ecuadorian government officials, including Arturo Escobar

5   Dominguez and individuals identified as Foreign Official 1 and

6   Foreign Official 2, the identities of whom are known to the

7   government and the defendant.

8         Between in or around 2013 and in or around 2015, the

9   defendant knowingly and willfully conspired with Luque and

10  others to make corrupt payments of at least $2,970,080 for the

11  benefit of officials of the state-owned and state-controlled

12  oil company of the Republic of Ecuador, referred to as

13  PetroEcuador, including Foreign Official 1 and Foreign Official

14  3, in order to obtain an improper advantage and retain

15  contracts for Luque's company.

16        The defendant facilitated bribe payments through the

17  use of the mails, means, and instrumentalities of interstate

18  commerce, including by making U.S. dollar-denominated payments

19  to bank accounts in Miami, Florida and elsewhere, for the

20  benefit of then-PetroEcuador officials.

21        Being a participant in the bribery scheme, the

22  defendant also knowingly and willfully conspired with others to

23  transfer funds from bank accounts located outside the United

24  States to and through bank accounts located in the United

25  States with the intent to promote the carrying on of the

illegal bribery scheme.  For example, the defendant caused one

such payment of $700,000 to be made on or about February 27,

2013 from a Cayman Islands bank account under the defendant's

control to a U.S. Bank account hold held by a company in Miami,

Florida for the benefit of another PetroEcuador official,

Marcelo Reyes Lopez.

The defendant further caused another such payment of

approximately $620,000 to be made on or about May 8, 2014 from

a bank account in Panama to a bank account in the United States

in the name of a law firm based in Miami for the benefit of

Foreign Official 3.

From in or around 2013 to in or around 2018, the

defendant also knowingly and willfully conspired with others to

conduct financial transactions in interstate and foreign

commerce that were designed to conceal and disguise the nature,

location, source, ownership, and control of the proceeds of

unlawful activity, namely proceeds of the illegal bribery

scheme in which the defendant and Luque had engaged.

The defendant and his co-conspirators, among other

things, conducted transactions through the use of shell

companies and bank accounts in, among other countries, Panama,

the Cayman Islands, Curacao, Switzerland, and the United

States.

For example, in an effort to develop illegal business

with PetroEcuador officials and assist them in concealing bribe

1   payments, the defendant set up Panamanian shell companies with

2   bank accounts in Switzerland to conceal the receipt of bribe

3   payments for the two then-PetroEcuador officials, Arturo

4   Escobar and Foreign Official 1.

5   The defendant and his co-conspirators also created

6   fake invoices and contracts which they presented to financial

7   institutions to conceal the nature, location, source,

8   ownership, and control of the proceeds of the illegal bribery

9   scheme in connection with financial transactions conducted

10  during the conspiracy.

11  The defendant also used accounts in the names of

12  intermediaries to conduct financial transactions involving the

13  proceeds of the illegal bribery scheme in order to provide

14  those proceeds to Luque in Miami, Florida while concealing

15  Luque's connection to the funds.

16  For example, in or around September 2016 the defendant

17  caused approximately $2.8 million of proceeds of the illegal

18  bribery scheme to be sent from an account in the name of a

19  shell company based in Curacao to an account in the United

20  States in the name of an entity affiliated with his employer.

21  From there, the defendant and others subsequently caused

22  approximately $974,000 to be wire transferred from that entity

23  to an account in the name of another co-conspirator Jose

24  Larrea, who subsequently conducted wire transfers of those

25  funds to other accounts in the United States as designated by

1   Luque.

2            The purpose of these transactions was to conceal and

3   disguise the nature, location, source, ownership, and control

4   of the funds, which were proceeds of the illegal bribery

5   scheme.

6            The defendant profited from his role in the laundering

7   of the bribe proceeds by earning fees from Luque for

8   facilitating the illegal transactions.

9            Moreover, between in or around 2013 and in and or

10  around 2015, the defendant knowingly and willfully conspired

11  with Foreign Official 2 and others to conduct financial

12  transactions that were designed to conceal bribe payments for

13  the benefit of Foreign Official 2 from a company called

14  Odbrecht, a Brazilian construction conglomerate.  Specifically,

15  the defendant caused several financial transactions affecting

16  interstate and foreign commerce to be made for the benefit of

17  Foreign Official 2, while knowing that the payments constituted

18  the proceeds of unlawful activity, namely bribe payments, and

19  were intended to conceal them.

20           The transactions included a U.S. dollar-denominated

21  payment of $400,000 from an Odebrecht-related entity with a

22  bank account in Antigua to a Cayman Islands account controlled

23  by the defendant.  Less than 10 days later, on or about

24  April 23, 2014, the defendant, while in Miami, Florida, caused

25  a wire transfer of approximately $340,000 to be sent to a Swiss

bank account of a Panamanian corporation beneficially held by Foreign Official 2.

The defendant also knowingly and willfully caused a payment of $349,805 to be made on or about September 1, 2015 from a Cayman Islands-based bank account he controlled to a company under his control with a bank account in Miami, Florida, which was intended, at least in part, to conceal the proceeds of an unlawful bribe payment for the benefit of Foreign Official 2.

The defendant, knowing that his conduct was wrong and unlawful, conspired with others to conduct, conducted and attempted to conduct various financial transactions involving interstate and foreign commerce using U.S. shell company bank accounts, knowing that the property involved in the transactions represented the proceeds of the illegal bribery scheme, and acting with the intent to conceal and disguise the true nature, location, source, ownership, and control of the proceeds of the illegal bribery scheme.

The defendant knowing that his conduct was wrong and unlawful, also caused financial transactions from a place in the United States to or through a place outside of the United States and to a place in the United States from or through a place outside the United States, with the intent to promote the carrying on of the illegal bribery scheme.

Beginning in or around and between 2005 and 2007,

1    several individuals, whose identities are known to the United

2    States and the defendant, began operating three businesses

3    referred to as Financial Services Firm; a luxury real estate

4    development company in South Florida; and several private

5    investment funds held in the Cayman Islands.  These three

6    businesses, though separate, were connected in that Financial

7    Services Firm sold shares in Cayman Islands investment funds

8    for the ostensible purpose of developing the real estate

9    projects in South Florida.  The defendant was a financial

10   advisor for Financial Services Firm and, by at least in or

11   around 2014, was an approximately 8 percent shareholder.

12          Shortly after the three businesses were formed, in or

13   around 2007, the real estate projects began suffering financial

14   difficulties that worsened over the next decade.  Despite

15   knowing of the failing financial health and eventual insolvency

16   of the real estate projects, the co-conspirator owners and

17   certain Financial Services Firm employees, including the

18   defendant, continued to raise new debt, purportedly for the

19   development of real estate, by:  Aggressively selling the

20   worthless funds' shares; making false and fraudulent statements

21   to auditors, clients, and others regarding the financial health

22   of these investments; and omitting material information

23   regarding the conflict of interest among the various business

24   lines, among other things.

25          By the end of 2015, the beneficiary real estate

1    project was at least approximately $200 million in debt and

2    remained mostly undeveloped and unsold.  The investment funds

3    that were being raised were instead fraudulently used by

4    co-conspirators, including at the direction of defendant:  To

5    repay older debts; to capitalize the consistently unprofitable

6    business; and for co-conspirators own personal use and benefit.

7         To perpetuate the investment fraud scheme, the

8    co-conspirators, at the direction of the defendant and others,

9    would at times make interest payments to clients to deceive

10   them in believing their investments were generating returns

11   when in fact their money was not invested in real estate and

12   was not generating returns.

13        In furtherance of the conspiracy and to effect the

14   illegal objects thereof, the defendant knowingly and

15   fraudulently raised funds from other Financial Services Firm

16   clients to repay his client, Romero Luque.  For example:

17        On or about November 23, 2016, at the defendant's

18   direction, Gustavo Trujillo, a Financial Services Firm

19   employee, sent approximately $353,000 belonging to other

20   Financial Services Firm clients via wire in interstate

21   commerce, including to an account in the Southern District of

22   Florida, to repay defendant's client, Luque, some of his

23   PetroEcuador contract proceeds; and,

24        On or about December 19, 2016, at the defendant's

25   direction, Trujillo sent approximately $134,000 of other

1  Financial Services Firm clients funds via wire transfer in

2  interstate commerce, including to an account in the Southern

3  District of Florida, to repay defendant's client, Luque, some

4  of his PetroEcuador contract proceeds.

5          THE COURT:  Sir, do you agree with the facts as stated

6  by the United States?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  How do you plead to the charge set forth

9  in Count 2 of the superseding indictment, guilty or not guilty?

10         THE DEFENDANT:  Guilty.

11         THE COURT:  It is the finding of the court that in

12 this case the defendant is fully competent and capable of

13 entering an informed plea, he is aware of the nature of the

14 charges and the consequences of the plea, and the plea of

15 guilty is knowing and voluntary supported by an independent

16 basis in fact containing each of the essential elements of the

17 offense.

18         I have a copy of the factual proffer but unsigned.  Is

19 there a signed one?

20         MR. WARDEN:  Yes, ma'am.

21         THE COURT:  Counsel, would you approach?

22         The plea is therefore accepted, and he is now adjudged

23 guilty of the offense charged in Count 2 of the indictment.

24         I will order a pre-sentence report and set sentencing

25 for December 18th at 11:00.

```
 1              Anything further on behalf of the United States?

 2              MR. WARDEN:  No, your Honor.

 3              THE COURT:  Any objection to Mr. Chatburn's bond being

 4   continued?

 5              MR. WARDEN:  No, your Honor.

 6              THE COURT:  Sir, you remain on bond in connection with

 7   this offense.  If you have any questions concerning the terms

 8   and conditions of your release, you should address them to your

 9   attorney or your Pretrial Services officer immediately.

10              Do you understand that?

11              THE DEFENDANT:  Yes, your Honor.

12              THE COURT:  And do you understand that if you fail to

13   abide by those conditions, you could be arrested and detained

14   until your sentencing in this matter?

15              THE DEFENDANT:  Yes, your Honor.

16              THE COURT:  Thank you very much.

17              MR. WARDEN:  Your Honor, one housekeeping matter,

18   actually --

19              THE COURT:  Certainly.

20              MR. WARDEN:  -- that my colleague reminded me.  I

21   apologize.

22              Normally, we would notify the defendant of the

23   elements of the charged crimes, which I don't think we did in

24   this matter.  So I will just do that now.

25              The elements of a 1956(h) conspiracy are that two or
```

more people agreed to try to accomplish a common and unlawful

plan to violate Section 18 U.S.C. 1956, and that the defendant

knew about the plan's unlawful purpose and voluntarily joined

in it.

THE COURT:  Thank you.

(Proceedings adjourned to December 18, 2019, at

11:00 a.m.)


C E R T I F I C A T E


I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.



October 21, 2019          /s/ Jill M. Felicetti
                          Jill M. Felicetti, RPR, CRR, CSR
                          Official Court Reporter
                          400 N. Miami Avenue
                          Miami, Florida 33128
                          jill_felicetti@flsd.uscourts.gov

MR. SREBNICK: [6]  3/9 3/16 3/21 5/12
9/1 9/11
MR. WARDEN: [8]  3/6 8/15 12/21 20/20
21/2 21/5 21/17 21/20
THE COURT: [64]
THE DEFENDANT: [49]
THE DEPUTY CLERK: [1]  3/25

**$**

$100 [1]  6/24
$134,000 [1]  19/25
$2,970,080 [1]  13/10
$2.8 [1]  15/17
$200 [1]  19/1
$200 million [1]  19/1
$340,000 [1]  16/25
$349,805 [1]  17/4
$353,000 [1]  19/19
$400,000 [1]  16/21
$500,000 [1]  6/20
$620,000 [1]  14/8
$700,000 [1]  14/2
$870,924.20 [1]  8/21
$974,000 [1]  15/22

**/**

/s [1]  22/15

**1**

10 [1]  16/23
10:44 [1]  3/1
11 [1]  1/5
11:00 [2]  20/25 22/7
12 [1]  8/20
13 [1]  8/20
1300 [1]  2/5
1400 [2]  1/15 1/19
16 [1]  8/21
18 [2]  22/2 22/6
18-cr-20312 [1]  3/3
18-CR-20312-MGC-1 [1]  1/2
18th [1]  20/25
19 [1]  19/24
1956 [2]  21/25 22/2
1B1.8 [1]  9/23

**2**

20 [1]  6/12
20005 [2]  1/16 1/19
2005 [1]  17/25
2007 [2]  17/25 18/13
201 [1]  2/5
2013 [4]  13/8 14/3 14/12 16/9
2014 [3]  14/8 16/24 18/11
2015 [4]  13/8 16/10 17/4 18/25
2016 [3]  15/16 19/17 19/24
2018 [1]  14/12
2019 [3]  1/5 22/6 22/15
20312 [1]  3/3
21 [1]  22/15
23 [2]  16/24 19/17
27 [1]  14/2
28 [2]  1/7 8/22

**3**

33128 [2]  2/10 22/17
33131 [1]  2/6

**4**

400 [2]  2/10 22/16
48 [1]  5/8

**8**

8 percent [1]  18/11

**A**

a.m [2]  3/1 22/7
abide [1]  21/13
able [7]  7/18 7/19 9/21 7/23 12/1 12/11
12/22
about [10]  5/23 6/24 10/3 14/2 14/8
16/23 17/4 19/17 19/24 22/3
above [1]  22/12
above-entitled [1]  22/12
acceptance [1]  8/20
accepted [1]  20/22
accomplish [1]  22/1
according [1]  6/5
account [14]  14/3 14/4 14/9 14/9 15/18
15/19 15/23 16/22 16/22 17/1 17/5 17/6
19/21 20/2
accounts [8]  13/19 13/23 13/24 14/21
15/2 15/11 15/25 17/14
accurate [1]  22/11
acting [1]  17/16
activity [2]  14/17 16/18
actually [1]  21/18
add [1]  9/1
addiction [1]  4/25
addition [2]  6/16 6/23
additional [1]  10/9
address [1]  21/8
adjourned [1]  22/6
adjudged [1]  20/22
administer [1]  3/23
advantage [1]  13/14
advice [1]  5/20
advisor [1]  18/10
advisory [2]  7/21 7/22
affecting [1]  16/15
affiliated [1]  15/20
after [1]  18/12
again [2]  9/5 11/10
against [3]  4/7 12/22 12/11
Aggressively [1]  18/19
agree [3]  8/16 8/18 20/5
agreed [4]  8/19 8/21 10/5 22/1
agreeing [1]  6/6
agreement [12]  3/14 5/14 6/5 8/13 8/16
8/25 9/6 9/11 9/13 10/9 10/14 10/18
alcohol [2]  4/25 5/8
all [1]  12/15
alleged [1]  13/1
allow [1]  10/1
also [16]  6/15 6/19 7/13 9/4 9/13 9/18
10/1 11/13 11/25 12/9 13/22 14/13 15/5
15/11 17/3 17/20
am [4]  3/17 4/20 5/22 11/12
AMERICA [2]  1/3 3/2
among [4]  14/19 14/21 18/23 18/24
amount [2]  8/21 10/2
Andres [1]  13/2
ANN [2]  1/18 3/7
another [3]  14/5 14/7 15/23
answer [1]  4/6
Antigua [1]  16/22
any [11]  4/6 5/2 5/6 5/8 6/16 7/10 7/11
10/3 11/7 21/3 21/7

**A (continued)**

anyone [4]  8/2 8/6 9/5 10/12
anything [4]  5/23 9/5 10/2 21/1
apologize [1]  21/21
appeal [8]  7/18 7/19 7/21 7/23 8/22
10/18 10/21 10/22
APPEARANCES [2]  1/11 1/23
appearing [2]  3/4 3/8
approach [1]  20/21
approximately [8]  14/8 15/17 15/22
16/25 18/11 19/1 19/19 19/25
April [1]  16/24
April 23 [1]  16/24
are [27]
Argentinian [1]  13/3
argue [1]  10/1
around [10]  13/8 13/8 14/12 14/12 15/16
16/9 16/10 17/25 18/11 18/13
arrested [1]  21/13
Arturo [2]  13/4 15/3
as [12]  6/11 7/20 9/18 10/2 10/24 12/5
12/22 13/5 13/12 15/25 18/3 20/5
ask [4]  3/17 3/22 9/4 10/17
assessment [1]  6/25
Asset [1]  1/14
assist [1]  14/25
associates [1]  3/18
attempted [1]  17/12
attorney [5]  5/15 6/2 7/4 12/1 21/9
auditors [1]  18/21
available [1]  10/21
Avenue [4]  1/15 1/19 2/10 22/16
aware [1]  20/13

**B**

bad [1]  8/6
bank [15]  1/15 13/19 13/23 13/24 14/3
14/4 14/9 14/9 14/21 15/2 16/22 17/1
17/5 17/6 17/13
based [4]  10/2 14/10 15/19 17/5
basis [4]  9/16 9/19 9/25 20/16
be [24]
because [6]  3/19 6/1 8/9 9/7 11/14 12/14
been [6]  4/21 4/24 7/11 10/3 12/10
12/19
before [1]  1/9 3/10 10/24
began [2]  18/2 18/13
Beginning [1]  17/25
behalf [4]  3/4 3/8 3/10 21/1
being [3]  13/21 19/3 21/3
believing [1]  19/10
belonging [1]  19/19
beneficially [1]  17/1
beneficiary [1]  18/25
benefit [8]  13/11 13/20 14/5 14/10 16/13
16/16 17/8 19/6
best [2]  6/3 8/10
better [1]  3/20
between [3]  13/8 16/9 17/25
beyond [1]  11/23
Biscayne [3]  2/5 9/18 9/20
Black [1]  2/4
bond [3]  10/6 21/3 21/6
born [1]  4/10
Boulevard [1]  2/5
Brazilian [1]  16/14
bribe [7]  13/16 14/25 15/2 16/7 16/12
16/18 17/8
bribery [10]  13/21 14/1 14/17 15/8 15/13
15/18 16/4 17/15 17/18 17/24
business [1]  14/24 18/23 19/6

**B**

businesses [3]  18/2 18/6 18/12
businessman [1]  13/3

**C**

called [2]  3/1 16/13
Calling [1]  3/2
can [2]  10/3 10/6
capable [1]  20/12
Capital [2]  9/18 9/20
capitalize [1]  19/5
carrying [2]  13/25 17/24
case [13]  1/2 3/1 3/3 7/8 8/6 8/14 8/25
 9/17 10/22 11/14 12/7 12/16 20/12
caused [8]  14/1 14/7 15/17 15/21 16/15
 16/24 17/3 17/20
Cayman [6]  14/3 14/22 16/22 17/5 18/5
 18/7
certain [2]  11/3 18/17
Certainly [1]  21/19
certify [1]  22/11
change [2]  1/9 3/13
charge [2]  6/11 8/5 20/8
charged [2]  20/23 21/23
charges [4]  5/17 6/7 9/14 20/14
CHATBURN [10]  1/6 3/3 3/8 3/10 3/13
 3/18 3/22 4/2 5/10 8/13
Chatburn's [1]  21/3
citizen [3]  4/19 11/11 12/25
civil [1]  11/3
clerk [1]  3/23
client [3]  19/16 19/22 20/3
clients [6]  13/2 18/21 19/9 19/16 19/20
 20/1
co [7]  14/19 15/5 15/23 18/16 19/4 19/6
 19/8
co-conspirator [2]  15/23 18/16
co-conspirators [5]  14/19 15/5 19/4 19/6
 19/8
colleague [1]  21/20
college [2]  4/15 4/16
come [2]  11/18 12/6
coming [1]  5/5
commerce [6]  13/18 14/15 16/16 17/3
 19/21 20/2
commit [1]  6/7
common [1]  22/1
companies [2]  14/21 15/1
company [8]  13/12 13/15 14/4 15/19
 16/13 17/6 17/13 18/4
competent [2]  5/11 20/12
compulsory [1]  12/6
conceal [8]  14/15 15/2 15/7 16/2 16/12
 16/19 17/7 17/16
concealing [2]  14/25 15/14
concerning [1]  21/7
conditions [2]  21/8 21/13
conduct [7]  14/14 15/12 16/11 17/10
 17/11 17/12 17/19
conducted [4]  14/20 15/9 15/24 17/11
conflict [1]  18/23
conglomerate [1]  16/14
connected [1]  18/6
connection [5]  4/4 4/5 15/9 15/15 21/6
consequences [2]  8/23 20/14
consistently [1]  19/5
conspiracy [4]  6/7 15/19 19/13 21/25
conspirator [2]  15/23 18/16
conspirators [5]  14/19 15/5 19/4 19/6
 19/8
conspired [5]  13/9 13/22 14/13 16/10
 17/1
constituted [1]  16/17
construction [1]  16/14
Cont'd [1]  2/1
contained [2]  6/11 10/13
containing [1]  20/16
contains [1]  9/19
contemplates [2]  9/11 9/13
continued [2]  18/18 21/4
contract [2]  19/23 20/4
contracts [2]  13/15 15/6
control [6]  14/4 14/16 15/8 16/3 17/6
 17/17
controlled [3]  13/11 16/22 17/5
COOKE [1]  1/9
copy [1]  20/18
corporation [1]  17/1
correct [1]  3/15
corrupt [1]  13/10
could [3]  4/6 9/1 21/13
Counsel [6]  3/12 3/17 5/10 8/12 12/18
 20/21
count [5]  6/6 6/12 8/17 20/9 20/23
countries [1]  14/21
country [1]  11/2
couple [1]  9/2
course [1]  9/3
court [9]  1/1 2/9 3/1 3/11 5/5 9/6 12/6
 20/11 22/16
covered [1]  9/16
cr [2]  1/2 3/3
created [1]  15/5
crimes [1]  21/23
criminal [3]  1/13 8/5 10/22
cross [1]  12/2
cross-examine [1]  12/2
CRR [2]  2/9 22/15
CSR [2]  2/9 22/15
Curacao [2]  14/22 15/19
currently [1]  5/2

**D**

date [1]  3/12
days [1]  16/23
DC [2]  1/16 1/19
debt [2]  18/18 19/1
debts [1]  19/5
decade [1]  18/14
deceive [1]  19/9
December [3]  19/24 20/25 22/6
December 18th [1]  20/25
December 19 [1]  19/24
decided [1]  5/18
defendant [40]
defendant's [5]  14/3 19/17 19/22 19/24
 20/3
defenses [1]  5/18
deliberations [1]  12/11
denominated [2]  13/18 16/20
Department [2]  1/13 1/18
deprive [2]  11/3 11/5
described [1]  10/10
designated [1]  15/25
designed [2]  14/15 16/12
Despite [1]  18/14
detained [1]  21/13
determine [1]  7/7
develop [1]  14/24
developing [1]  18/8

**D** (cont'd)

development [2]  18/4 18/19
did [6]  4/4 4/18 8/9 12/12 21/23
didn't [1]  9/8
difficulties [1]  18/14
direction [4]  19/4 19/8 19/18 19/25
disclosed [1]  9/23
discuss [2]  7/4 8/20
discussed [2]  5/17 6/2
discusses [1]  8/22
disguise [3]  14/15 16/3 17/16
dismiss [1]  9/14
DISTRICT [5]  1/1 1/1 1/10 19/21 20/3
Division [1]  1/13
do [31]
doctor [1]  5/3
dollar [1]  13/18 16/20
dollar-denominated [2]  13/18 16/20
Dominguez [1]  13/5
don't [2]  7/13 21/23
doubt [1]  11/23
drugs [2]  4/25 5/6
dual [1]  12/24
during [3]  12/11 12/25 15/10

**E**

each [1]  20/16
earning [1]  16/7
Ecuador [2]  4/11 13/12
Ecuadorian [2]  12/25 13/4
effect [1]  19/13
effort [1]  14/24
elements [3]  20/16 21/23 21/25
else [2]  9/5 10/12
elsewhere [1]  13/19
employee [1]  19/19
employees [1]  18/17
employer [1]  15/20
end [1]  18/25
engaged [1]  14/18
entering [1]  20/13
entitled [1]  22/12
entity [3]  15/20 15/22 16/21
Escobar [2]  13/4 15/4
ESQ [2]  2/3 2/3
essential [2]  20/16
estate [7]  18/3 18/8 18/13 18/16 18/19
 18/25 19/11
estimate [2]  7/10 7/11
eventual [1]  18/15
ever [2]  4/21 4/24
evidence [1]  10/3
examine [1]  12/2
example [5]  7/20 14/1 14/24 15/16 19/16

**F**

face [1]  8/6
facilitated [1]  13/16
facilitating [1]  16/8
fact [2]  19/11 20/16
facts [2]  9/19 20/5
factual [6]  5/14 9/16 9/19 9/24 12/23
 20/18
fail [1]  21/12
failing [1]  18/15
fake [1]  15/6
false [3]  4/6 4/8 18/20
far [1]  4/14
February [1]  14/2
February 27 [1]  14/2
fees [1]  16/7

## F

felicetti [4]   2/9 22/15 22/15 22/17
felony [1]   10/25
few [1]   9/8
Finally [1]   10/5
financial [21]   13/2 14/14 15/6 15/9 15/12
  16/11 16/15 17/12 17/20 18/3 18/6 18/9
  18/10 18/13 18/17 18/21 19/15
  19/18 19/20 20/1
finding [1]   20/11
fine [1]   6/20
fines [1]   6/23
Finished [1]   4/15
finishes [1]   9/4
firearm [1]   11/7
firm [9]   14/10 18/3 18/7 18/10 18/17
  19/15 19/18 19/20 20/1
five [1]   6/17
Flores [1]   13/3
FLORIDA [15]   1/1 1/4 2/6 2/10 12/25
  13/19 14/5 15/14 16/24 17/7 18/4 18/9
  19/22 20/3 22/17
flsd.uscourts.gov [1]   22/17
following [2]   11/18 12/23
forcing [1]   8/2
foregoing [1]   22/11
foreign [14]   13/5 13/6 13/13 13/13 14/11
  14/14 15/4 16/11 16/13 16/16 16/17 17/2
  17/9 17/13
forfeiture [2]   8/21 10/2
formed [1]   18/12
forth [2]   12/23 20/8
Forty [1]   4/13
Forty-two [1]   4/13
forward [1]   9/7
FRANK [4]   1/6 3/2 3/10 4/2
fraud [1]   19/7
fraudulent [1]   18/20
fraudulently [2]   19/3 19/15
full [1]   3/25
fully [2]   5/17 20/12
funds [9]   13/23 15/15 15/25 16/4 18/5
  18/7 19/2 19/15 20/1
funds' [1]   18/20
further [3]   9/15 14/7 21/1
furtherance [1]   19/13

## G

gain [1]   6/20
generating [2]   19/10 19/12
get [1]   9/8
give [1]   4/6
given [2]   5/3 7/11
giving [7]   11/14 11/18 11/19 11/25 12/4
  12/9 12/15
go [4]   4/14 4/16 5/18 9/7
going [3]   3/17 10/1 10/17
government [14]   1/12 7/19 8/18 9/14
  9/22 9/24 10/1 10/5 10/17 11/22 12/19
  12/22 13/4 13/7
guideline [3]   7/21 7/23 9/12
guidelines [4]   7/4 7/7 8/19 9/23
guilt [1]   11/23
guilty [16]   3/13 3/14 6/1 6/6 8/3 8/7 8/9
  8/17 10/25 11/14 12/15 20/9 20/9 20/10
  20/15 20/23
Gustavo [1]   19/18

## H

had [9]   5/6 5/13 5/18 7/3 7/14 9/22

12/18 12/21 14/18
hand [1]   3/25
happen [1]   8/6
has [5]   7/11 9/5 10/5 10/9 10/12
have [18]   4/21 4/24 5/5 5/13 5/17 5/21
  6/2 6/20 6/24 7/3 7/14 9/23 11/23 12/1
  12/10 12/19 20/18 21/7
having [1]   10/3
he [5]   3/18 9/7 17/5 20/13 20/22
health [2]   18/15 18/21
hear [1]   12/1
held [3]   14/4 17/1 18/5
help [1]   7/7
here [1]   9/6
hereby [1]   22/11
higher [1]   7/20
his [12]   3/13 3/22 14/19 15/5 15/20 16/6
  17/6 17/10 17/19 19/16 19/22 20/4
hold [3]   11/6 12/11 14/4
Honor [23]
HONORABLE [1]   1/9
hours [1]   5/8
housekeeping [1]   21/17
How [3]   4/12 4/14 20/8
HOWARD [2]   2/3 3/9
hsrebnick [1]   2/6

## I

I'd [1]   3/22
identified [1]   13/5
identities [2]   13/6 18/1
illegal [12]   14/1 14/17 14/24 15/8 15/13
  15/17 16/4 16/8 17/15 17/18 17/24 19/14
illness [1]   4/22
immediately [1]   21/9
immigration [1]   8/23
important [1]   9/2
impose [1]   6/12
imprisonment [1]   6/16
improper [1]   13/14
include [3]   8/16 9/20 12/23
included [1]   16/20
including [9]   5/18 13/2 13/4 13/13 13/18
  18/17 19/4 19/21 20/2
independent [1]   18/12
indictment [7]   5/14 6/7 8/17 9/15 13/1
  13/1 20/9 20/23
individuals [2]   13/5 18/1
information [1]   18/22
informed [1]   20/13
innocent [3]   10/4 10/4 11/19
insolvency [1]   18/15
instead [1]   19/3
institutions [1]   15/7
instrumentalities [1]   13/17
Integrity [1]   1/15
intended [2]   16/19 17/7
intent [3]   13/25 17/16 17/23
interest [2]   18/23 19/9
intermediaries [1]   15/12
interstate [6]   13/17 14/14 16/16 17/13
  19/20 20/2
invested [1]   19/11
investigation [2]   9/19 9/21
investment [4]   18/5 18/7 19/2 19/7
investments [2]   18/22 19/10
investors [1]   10/4
invoices [1]   15/6
involved [1]   17/14
involving [2]   15/12 17/12

is [26]
Islands [6]   14/3 14/22 16/22 17/1 18/5
  18/7
Islands-based [1]   17/5
issuance [1]   12/5
it [3]   12/11 20/11 22/4
It's [1]   9/12

## J

Jackie [1]   3/10
JACQUELINE [1]   2/3
jill [4]   2/9 22/15 22/15 22/17
joined [1]   22/3
Jose [1]   15/23
jperczek [1]   2/7
JUDGE [3]   1/10 5/12 12/8
jury [5]   11/6 11/15 11/23 12/10 12/16
just [6]   6/24 7/11 9/1 9/3 10/10 21/24
Justice [2]   1/13 1/18

## K

KATHERINE [2]   1/17 3/6
katherine.raut [1]   1/20
kind [1]   11/7
knew [1]   22/3
know [4]   7/13 7/13 9/4 10/16
knowing [6]   16/17 17/10 17/14 17/19
  18/15 20/15
knowingly [6]   13/9 13/22 14/13 16/10
  17/3 19/14
known [3]   9/18 13/6 18/1
Kornspan [1]   2/4

## L

Larrea [1]   15/24
last [1]   9/8
later [2]   4/7 16/23
laundering [3]   1/14 6/8 16/6
law [3]   6/8 12/5 14/10
least [4]   13/10 17/7 18/10 19/1
Less [1]   16/23
let [1]   9/7
lines [1]   18/24
located [2]   13/23 13/24
location [4]   14/16 15/7 16/3 17/17
Lopez [1]   14/6
loss [1]   6/20
lower [1]   7/22
Luque [9]   13/3 13/9 14/18 15/14 16/1
  16/7 19/16 19/22 20/3
Luque's [2]   13/15 15/15
luxury [1]   18/3

## M

ma'am [1]   20/20
made [4]   14/2 14/8 16/16 17/4
mails [1]   13/17
make [3]   9/3 13/10 19/9
making [3]   4/8 13/18 18/20
Marcelo [1]   14/6
MARCIA [1]   1/9
MARY [2]   1/18 3/6
MARY.MCCARTHY [1]   1/20
material [1]   18/22
matter [10]   4/6 6/21 7/15 9/17 12/19
  12/21 21/14 21/17 21/24 22/12
matters [3]   9/16 9/24 12/22
maximum [1]   6/12
may [9]   4/4 6/12 6/17 6/19 7/17 7/18
  7/21 7/23 14/8

## M

May 8 [1] 14/8
MCCARTHY [2] 1/18 3/7
me [3] 7/7 10/17 21/20
means [2] 12/15 13/17
medicine [1] 5/2
MEETEREN [2] 2/4 3/9
meeting [1] 9/22
mental [1] 4/22
mentioned [2] 9/5 10/13
MGC [1] 1/2
Miami [13] 1/4 2/6 2/10 2/10 12/25 13/19
14/4 14/10 15/14 16/24 17/6 22/16 22/17
MICHELE [2] 2/4 3/9
microphone [1] 3/19
might [1] 7/19
million [2] 15/17 19/1
mitigation [1] 10/2
moments [1] 9/9
money [3] 1/14 6/7 19/11
monies [1] 10/3
more [1] 22/1
Moreover [1] 16/9
morning [2] 5/11 9/6
mostly [1] 19/2
Mr [11] 3/8 3/13 3/18 3/22 5/10 8/13 9/4
9/7 9/10 10/9 21/3
much [1] 21/16
must [1] 6/24
mvanmeeteren [1] 2/7
my [1] 21/20

## N

name [5] 3/25 14/10 15/18 15/20 15/23
namely [2] 14/17 16/18
names [1] 15/11
nature [5] 14/15 15/7 16/3 17/17 20/13
new [3] 1/15 1/19 18/18
next [2] 3/19 18/14
no [16] 1/2 3/3 3/21 4/23 5/1 5/4 5/7 5/9
5/25 8/4 8/8 9/15 10/15 12/16 21/2 21/5
normal [1] 10/22
Normally [1] 21/22
not [11] 3/13 5/24 8/7 9/5 10/12 12/10
12/10 12/12 19/11 19/12 20/9
notifies [1] 8/22
notify [1] 21/22
November [1] 19/17
November 23 [1] 19/17
now [13] 3/4 4/5 6/11 6/15 6/23 7/3 7/17
7/20 10/16 10/24 11/13 20/22 21/24
NW [2] 1/15 1/19

## O

oath [3] 3/23 4/4 4/5
objection [1] 21/3
objects [1] 19/14
obtain [1] 13/14
occasions [1] 7/17
October [2] 1/5 22/15
Odbrecht [1] 16/14
Odebrecht [1] 16/21
Odebrecht-related [1] 16/21
offense [4] 10/25 20/17 20/23 21/7
office [1] 11/6
officer [1] 21/9
official [14] 2/9 13/5 13/6 13/13 13/13
14/5 14/11 15/4 16/11 16/13 16/17 17/2
17/9 22/16
officials [5] 13/4 13/11 13/20 14/25 15/3

## O (continued)

oil [1] 13/12
old [1] 4/12
older [1] 19/5
omitting [1] 18/22
once [2] 9/4 11/10
one [5] 10/16 10/20 14/1 20/19 21/17
open [1] 9/6
operating [1] 18/2
opinion [1] 5/10
opportunity [3] 5/13 7/3 7/14
order [4] 3/1 13/14 15/13 20/24
ostensible [1] 18/8
other [9] 7/18 8/5 14/19 14/21 15/25
18/24 19/15 19/19 19/25
others [8] 13/10 13/22 14/13 15/21
16/11 17/11 18/21 19/8
out [1] 10/6
outside [3] 13/23 17/21 17/23
over [1] 18/14
own [1] 19/6
owned [1] 13/11
owners [1] 18/16
ownership [4] 14/16 15/8 16/3 17/17

## P

Pages [1] 1/7
Panama [2] 14/9 14/21
Panamanian [1] 17/1
Paragraph [4] 8/20 8/21 8/22 9/12
Paragraph 12 [1] 8/20
Paragraph 16 [1] 8/21
Paragraph 28 [1] 8/22
Paragraph 7 [1] 9/12
part [2] 9/20 17/7
participant [1] 13/21
parties [1] 14/17
past [1] 5/8
pay [2] 6/20 6/24
payment [5] 14/2 14/7 16/21 17/4 17/8
payments [9] 13/10 13/16 13/18 15/1
15/3 16/12 16/17 16/18 19/9
penalties [1] 6/24
people [2] 12/6 22/1
percent [1] 18/11
PERCZEK [2] 2/3 3/10
period [1] 13/1
perjury [1] 4/7
perpetuate [1] 19/7
personal [1] 19/6
PetroEcuador [8] 9/17 13/13 13/20 14/5
14/25 15/3 19/23 20/4
place [4] 17/20 17/21 17/22 17/23
places [1] 3/18
Plaintiff [1] 1/4
plan [1] 22/2
plan's [1] 22/3
plea [20] 1/9 3/13 3/14 3/14 5/14 6/5
8/13 8/15 8/25 9/6 9/11 9/17 9/25 10/9
10/13 10/18 20/13 20/14 20/22 22/22
plead [5] 6/6 8/2 8/7 8/16 20/8
pleading [5] 6/1 8/9 10/25 11/14 12/15
point [1] 8/18
points [1] 9/2
possess [1] 11/7
potential [1] 8/23
pre [2] 7/15 20/24
pre-sentence [2] 7/15 20/24
prepared [1] 12/20
present [2] 10/2 10/3
presented [1] 15/6

## P (continued)

presumed [1] 11/19
Pretrial [1] 21/9
Prior [1] 5/5
private [1] 18/4
problem [1] 3/21
proceed [1] 5/11
proceeded [2] 12/19 12/21
proceedings [2] 22/6 22/12
proceeds [6] 14/16 14/17 15/8 15/13
15/14 15/17 16/4 16/7 16/18 17/8 17/15
17/18 19/23 20/4
process [1] 12/6
proffer [3] 5/14 12/23 20/18
profited [1] 16/6
project [1] 19/1
projects [3] 18/9 18/13 18/16
promised [2] 9/5 10/12
promote [2] 13/25 17/23
property [1] 17/14
proposed [1] 9/12
prosecution [1] 4/7
prosecutions [1] 9/15
prove [2] 11/23 12/20 12/22
provide [1] 15/13
provided [2] 9/19 13/1
purportedly [1] 18/18
purpose [3] 16/2 18/8 22/3
purposes [1] 10/22
pursuant [2] 3/14 9/23

## Q

questions [1] 21/7

## R

raise [2] 3/22 18/18
raised [2] 19/3 19/15
Ramiro [1] 13/2
RANDALL [2] 1/12 3/6
randall.warden [1] 1/16
range [3] 7/21 7/23 9/12
RAUT [1] 1/17 3/6
real [7] 18/3 18/8 18/13 18/16 18/19
18/25 19/11
reasonable [1] 11/23
receipt [1] 15/2
received [1] 5/21
recommend [1] 8/18
recommended [1] 8/19
record [4] 3/4 4/1 10/13 11/10
Recovery [1] 1/14
reduction [1] 8/18
referred [2] 13/12 18/3
regarding [2] 18/21 18/23
related [1] 16/21
release [2] 6/17 21/8
remain [2] 10/6 21/6
remained [1] 19/2
remaining [1] 9/14
reminded [1] 21/20
repay [4] 19/5 19/16 19/22 20/3
report [2] 7/15 20/24
REPORTED [1] 2/9
Reporter [2] 2/9 22/16
representation [2] 5/21 5/24
represented [1] 17/15
Republic [1] 13/12
require [1] 12/6
resident [1] 12/25
responsibility [1] 8/20
retain [1] 13/14

## R

returned [1] 10/4
returns [2] 19/10 19/12
review [2] 5/13 7/14
Reyes [1] 14/6
right [10] 3/22 11/5 11/6 11/6 11/7 11/15
11/19 12/1 12/5 12/10
rights [3] 11/3 11/18 12/16
RIPALDA [5] 1/6 3/3 3/18 4/2 8/14
ROBERTO [2] 1/6 4/2
role [1] 16/6
Romero [1] 19/16
royblack.com [3] 2/6 2/7 2/7
RPR [2] 2/9 22/15

## S

satisfied [2] 5/20 5/24
say [2] 9/8 12/5
scheme [11] 13/21 14/1 14/18 15/9
15/13 15/18 16/5 17/16 17/18 17/24 19/7
school [1] 4/14
seated [1] 4/4
Section [2] 1/14 22/2
see [1] 12/1
selling [1] 18/19
sent [4] 15/18 16/25 19/19 19/25
sentence [11] 7/7 7/11 7/14 7/15 7/18
7/19 7/20 7/22 7/22 7/24 20/24
sentencing [6] 7/4 8/19 9/13 10/7 20/24
21/14
separate [1] 18/6
September [2] 15/16 17/4
September 2016 [1] 15/16
serve [1] 11/6
services [10] 13/2 18/3 18/7 18/10 18/17
19/15 19/18 19/20 20/1 21/9
set [4] 12/22 15/1 20/8 20/24
several [5] 13/2 13/3 16/15 18/1 18/4
shareholder [1] 18/11
shares [2] 18/7 18/20
shell [4] 14/20 15/1 15/19 17/13
Shortly [1] 18/12
should [2] 11/17 21/8
signed [1] 20/19
sir [20] 4/3 4/5 4/10 4/19 4/21 5/13 6/1
6/5 6/11 7/3 7/17 8/2 8/24 10/8 10/24
11/10 11/13 12/14 20/5 21/6
situations [1] 7/18
so [4] 3/18 7/20 9/24 21/24
sold [1] 18/7
some [3] 9/20 19/22 20/3
something [2] 8/6 9/8
source [4] 14/16 15/7 16/3 17/17
South [2] 18/4 18/9
SOUTHERN [3] 1/1 19/21 20/2
special [1] 6/25
Specifically [1] 16/14
spectators [1] 4/4
spoken [1] 6/24
SREBNICK [7] 2/3 2/4 3/9 9/4 9/7 9/10
10/9
stands [1] 3/10
state [3] 3/25 13/11 13/11
state-controlled [1] 13/11
state-owned [1] 13/11
stated [3] 9/6 10/24 20/5
statement [1] 4/8
statements [1] 18/20
STATES [29]
statutory [1] 6/12

## T

taking [1] 5/2
tell [1] 8/6
term [3] 6/12 6/16 6/16
terms [4] 8/13 8/15 10/9 21/7
testify [3] 12/7 12/10 12/12
than [4] 7/21 7/22 8/5 16/23
thank [3] 3/19 21/16 22/5
that [66]
their [3] 12/11 19/10 19/11
them [5] 10/2 14/25 16/19 19/10 21/8
then [2] 13/20 15/3
then-PetroEcuador [2] 13/20 15/3
there [9] 3/20 5/23 6/16 7/17 9/15 10/17
12/16 15/21 20/19
therefore [1] 20/22
thereof [1] 19/14
these [5] 5/17 12/16 16/2 18/5 18/22
they [1] 15/6
thing [2] 6/3 8/10
things [4] 10/16 10/20 14/20 18/24
think [5] 3/19 6/2 8/9 9/7 21/23
this [25]
those [6] 7/6 9/23 9/24 15/14 15/24
21/13
though [1] 18/6
three [4] 8/18 18/2 18/5 18/12
through [6] 10/6 13/16 13/24 14/20
17/21 17/22
time [2] 3/13 13/1
times [1] 19/9
today [2] 3/12 5/5
transactions [12] 14/14 14/20 15/9 15/12
16/2 16/8 16/12 16/15 16/20 17/12 17/15
17/20
transcription [1] 22/12
transfer [3] 13/23 16/25 20/1
transferred [1] 15/22
transfers [1] 15/24
treated [2] 4/21 4/24
trial [6] 5/18 11/15 11/18 12/16 12/19
12/22
trigger [1] 10/21
true [1] 17/17
Trujillo [2] 19/18 19/25
try [1] 22/1
twice [1] 6/20
two [3] 4/13 15/3 21/25

## U

U.S [4] 13/18 14/4 16/20 17/13
U.S.C [1] 22/2

## Stumpf section

Stumpf [1] 2/4
subject [1] 9/11
subpoenas [1] 12/5
subsequently [2] 15/21 15/24
such [3] 14/2 14/7
suffering [1] 18/13
Suite [1] 2/5
summary [1] 8/12
superseding [4] 6/6 8/17 13/1 20/9
supervised [1] 6/17
supported [1] 20/15
sure [1] 9/3
surrender [1] 10/6
Swiss [1] 16/25
switch [1] 3/18
Switzerland [2] 14/22 15/2
sworn [1] 3/24

## U — under section

under [4] 4/14 5/14/3 17/6
understanding [2] 8/24 10/8
understand [25]
undeveloped [1] 19/2
Unit [1] 1/15
UNITED [29]
unlawful [7] 14/17 16/18 17/8 17/11
17/20 22/1 22/3
unless [1] 10/20
unprofitable [1] 19/5
unsigned [1] 20/18
unsold [1] 19/2
until [2] 7/14 21/14
up [9] 6/17 11/14 11/18 11/19 12/1 12/4
12/10 12/15 15/1
upon [2] 8/19 8/21
us [1] 10/1
usdoj.gov [3] 1/16 1/20 1/20
use [4] 7/6 13/17 14/20 19/6
used [3] 4/7 15/11 19/3
using [1] 17/13

## V

valuable [1] 11/3
VAN [2] 2/4 3/9
various [2] 17/12 18/23
very [1] 21/16
via [1] 17/13
victims [1] 10/4
violate [1] 22/2
violation [1] 6/8
voluntarily [1] 22/3
voluntary [2] 10/5 20/15
vote [1] 11/5
vs [1] 1/5

## W

waiver [2] 8/22 10/18
waiving [2] 10/12 12/15
want [1] 9/3
wants [1] 9/8
WARDEN [2] 1/12 3/6
was [10] 12/24 16/2 17/7 17/10 17/19
18/9 18/11 19/1 19/11 19/12
Washington [2] 1/16 1/19
we [7] 9/1 9/22 9/23 10/3 12/5 21/22
21/23
were [11] 4/10 7/20 14/15 16/4 16/12
16/19 18/6 18/12 19/3 19/3 19/10
what [4] 7/7 7/13 8/13 12/19
what's [1] 9/18
when [2] 7/17 19/11
where [2] 4/10 7/18
which [8] 9/17 9/20 12/23 14/18 15/6
16/4 17/7 21/23
while [1] 15/14 16/17 16/24
who [3] 3/10 12/24 15/24
whom [1] 13/6
who's [1] 18/1
will [12] 6/16 7/7 7/14 8/16 8/18 9/4 9/7
9/14 11/3 12/16 20/24 21/24
willfully [5] 13/9 13/22 14/13 16/10 17/3
wire [5] 15/22 15/24 16/25 19/20 20/1
witnesses [1] 12/2
worsened [1] 18/14
worthless [1] 18/20
would [10] 8/6 9/15 11/22 12/6 12/10
12/19 12/22 19/9 20/21 21/22
written [1] 10/13
wrong [2] 17/10 17/19

**Y**

years [2]  6/12 6/17
Yes [29]
yesterday [1]  9/22
York [2]  1/15 1/19
you [101]
your [45]