UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20312-CR-COOKE

UNITED STATES OF AMERICA

vs.

FRANK ROBERTO CHATBURN RIPALDA,

       **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

The United States moves to reduce the sentence of Defendant Frank Roberto Chatburn Ripalda by 25% pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure based on his substantial assistance in the investigation and prosecution of related matters.

1. On April 19, 2018, the defendant was charged in an indictment alleging violations of the Foreign Corrupt Practices Act and money laundering involving the proceeds of foreign bribery. Dkt. 1.

2. On October 11, 2019, the defendant entered into a plea agreement in which he admitted to conspiring to launder money in violation of 18 U.S.C. § 1956. Dkt. 210.

3. On December 18, 2019, this Court sentenced the defendant to 42 months of incarceration and a three-year term of supervised release. Dkt. 230.

4. Before and since his sentencing, the defendant has provided the United States with substantial assistance in the investigation and prosecution of several individuals, including in *United States v. Cortes*, *et al.*, No. 21-cr-00458-CBA, filed in the

1

Eastern District of New York on September 1, 2021.  The defendant has also provided substantial assistance in a related ongoing investigation.

5. As a result of his substantial assistance, the Government moves to reduce the defendant's current sentence of 42 months of incarceration by 25%, to 31.5 months of incarceration, followed by a three-year term of supervised release.

6. Counsel for the Government has consulted with counsel for the defendant regarding this motion.  Counsel for the defendant has indicated that they request an opportunity to address the Court at a hearing on this matter, and that the defendant waives his appearance.

    Respectfully submitted,

    JOSEPH S. BEEMSTERBOER
    ACTING CHIEF,
    FRAUD SECTION

By:   s/ Randall Warden
    Randall Warden
    Court I.D. No. A5502386
    Trial Attorney
    Department of Justice
    1400 New York Ave. N.W.
    Washington, D.C.
    Telephone: (202)598-2802
    randall.warden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2022, I served this document on counsel for Frank Roberto Chatburn Ripalda via email.

/s/_____
Randall Warden